ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| AIDA IRIS TORRES RODRÍGUEZ, JUAN ANTONIO TORRES RODRÍGUEZ, CARLOS ENRIQUE TORRES RODRÍGUEZ Y OTROS<br><br>Parte Recurrida<br><br><br>V.<br><br>WILFREDO TORRES RODRÍGUEZ, LOURDES MARGARITA DUPREY TORRES T/C/C LOURDES MARGARITA GUZMÁN<br><br>Parte con Interés | TA2025CE00651 | *CERTIORARI* procedente del Tribunal de Primera Instancia Sal Superior de Caguas<br><br>_____<br>Caso Núm.: CG2024CV02585<br><br>_____<br>SOBRE:<br><br>DIVISIÓN O LIQUIDACIÓN DE LA COMUNIDAD DE BIENES HEREDITARIOS |

Panel integrado por su presidenta la Juez Brignoni Mártir, el Juez Salgado Schwarz y la Juez Aldebol Mora.

Salgado Schwarz, Carlos G., Juez Ponente

# **R E S O L U C I Ó N**

En San Juan, Puerto Rico, a 27 de octubre de 2025.

Examinado el escrito intitulado "*Apelación Civil*"[1] instada el 20 de octubre de 2025 por Wilfredo Torres Rodríguez disponemos lo siguiente:

El peticionario recurre ante nos de una resolución emitida el 12 de septiembre de 2025. Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de certiorari. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

---

[1] Prescindimos de requerir la comparecencia de la parte recurrida a tenor con la autoridad que nos confiere la Regla7(B)(5) del Reglamento del Tribunal de Apelaciones.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*